PER CURIAM.
Affirmed on the authority of § 35-2-51, Code 1975; Turner v. Massee, 250 Ala. 134, 33 So.2d 258 (1947); Stack v. Tennessee Land Company, 209 Ala. 449, 96 So. 355 (1923), and East Birmingham Realty Co. v. Birmingham Machine & Foundry Company, 160 Ala. 461, 49 So. 448 (1909). See, also, Gwin v. Bristol Steel & Iron Works, Inc., 366 So.2d 692 (Ala. 1978).
AFFIRMED.
TORBERT, C. J., and MADDOX, JONES, SHORES and BEATTY, JJ., concur.